993 A.2d 1210

IN THE MATTER OF JARED LANS, AN ATTORNEY AT LAW.

March 23, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–194, concluding that **JARED LANS** of **HACKENSACK,** who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(b) (failure to notify third person of receipt of funds in which third party has an interest) and *RPC* 4.1(a)(2) (failure to disclose material fact to third person when necessary to avoid assisting criminal or fraudulent act by client);

And the Court this date having granted respondent's petition for review in respect of DRB 09–194, and having determined that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **JARED LANS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.